IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENERAL RE LIFE CORPORATION, | |
| Plaintiff, | Civil Action No. |
| v. | _____ |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

## GENERAL RE LIFE CORPORATION'S RULE 7.1 STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for General Re Life Corporation ("Gen Re") states as follows:

Gen Re is a wholly owned subsidiary of General Reinsurance Corporation. Berkshire Hathaway, Inc., a publicly traded corporation, is the indirect owner of more than 10% of the stock of Gen Re and is its ultimate parent.

Dated: December 22, 2015

                GENERAL RE LIFE CORPORATION

                By: /s/ Brian A. Daley
                    Marc J. Kurzman (ct01545)
                    Brian A. Daley (ct24550)
                    Carmody Torrance Sandak & Hennessey, LLP
                    707 Summer Street
                    Stamford, CT 06901
                    mkurzman@carmodylaw.com
                    bdaley@carmodylaw.com
                    Tel: (203) 425-4200
                    Fax: (203) 325-8608
                    *Its Attorneys*

{W2625530}

## **CERTIFICATE OF SERVICE**

      I, Brian A. Daley, hereby certify that the foregoing will be served with the Petition in this matter.

                                        By:  /s/ Brian A. Daley
                                                   Brian A. Daley