IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GENERAL RE LIFE CORPORATION, | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | _____ |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

## GENERAL RE LIFE CORPORATION'S MOTION TO SEAL PORTIONS OF THE RECORD

General Re Life Corporation ("Gen Re"), through undersigned counsel, hereby moves to seal portions of the record to preserve the confidentiality of the parties' proprietary business information and prior arbitration proceedings. As detailed in its accompanying Memorandum in Support, Gen Re specifically seeks to file under seal portions of its Memorandum in Support of its Petition to Confirm the Final Arbitration Award and Vacate the Arbitrators' Purported Clarification of the Final Award ("Supporting Memorandum") (Dkt. No. 1), as well as Exhibits 1-20 to the supporting Declaration of Eric A. Haab (Dkt. No. 2-2). These materials are subject to a confidentiality order, and their disclosure would harm the parties' competitive interests. Gen Re therefore respectfully requests that the Court permit the filing of this information under seal.

Gen Re's publicly filed Supporting Memorandum has been redacted, and Gen Re has withheld Exhibits 1-20 to the Declaration of Eric A. Haab pending this Court's permission to file complete versions of these materials under seal. To facilitate this Court's consideration, an

unredacted version of the Supporting Memorandum and Exhibits 1-20 to the Declaration of Eric A. Haab have been filed conditionally under seal and appended to this Motion.

Dated:  December 22, 2015

                        GENERAL RE LIFE CORPORATION

                    By:  /s/ Brian A. Daley
                          Marc J. Kurzman (ct01545)
                          Brian A. Daley (ct24550)
                          Carmody Torrance Sandak & Hennessey, LLP
                          707 Summer Street
                          Stamford, CT 06901
                          mkurzman@carmodylaw.com
                          bdaley@carmodylaw.com
                          Tel: (203) 425-4200
                          Fax: (203) 325-8608
                          *Its Attorneys*

## CERTIFICATE OF SERVICE

    I, Brian A. Daley, hereby certify that the foregoing will be served with the Petition in this matter.

                            By:  /s/ Brian A. Daley
                                     Brian A. Daley