UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENERAL RE LIFE CORPORATION : | |
|     Plaintiff/ Cross Defendant, : | |
| : | |
| V. : | Civil Number 3:15-cv-01860 (VAB) |
| : | |
| LINCOLN NATIONAL LIFE : | |
| INSURANCE CO. : | |
|     Defendant/Cross Claimant. : | |

## JUDGMENT

This action having come on for consideration before the Honorable Victor A. Bolden, United States District Judge, as a result of the plaintiff's petition to confirm arbitration award (ECF No. 1), defendant's cross petition to confirm arbitration award (ECF No. 21), and defendant's motion for judgment (ECF No. 45),

The Court has reviewed all of the papers filed in conjunction with the petitions and motions and on March 31, 2017, an order (ECF No. 56) was entered denying plaintiff's petition, granting defendant's cross-petition and granting defendant's motion for judgment. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for Lincoln National Life Insurance Co., in that the Court confirms the arbitrators' clarification, but judgment is not for a sum certain and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of November, 2017

ROBIN D. TABORA, Clerk
By:/s/ Jazmin Perez
Jazmin Perez
Deputy Clerk

EOD:    11/30/2017